IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES LEE HENDERSON, | § | |
| TDCJ No. 651826, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-3160 |
| | § | |
| Capt. BILLY HUNTISON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Dismissal Order entered this date, this action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 16th day of September, 2005.

_____
DAVID HITTNER
United States District Judge